# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| LEVERT MARQUI OMONIYI,<br>　　Movant,<br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | )<br>)<br>)<br>)<br>)<br>) | Case No. CV616-113<br>　　　　　CR612-009 |

## ORDER

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than August 24, 2016. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable J. Randal Hall, United States District Judge, on August 25, 2016. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this  10th  day of August, 2016.

　　　　　　　　　　　　　　　　　　_/s/ G.R. Smith_
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA